**Erick Danilo SOSA–SALGERO, aka Daniel Sosa, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–70807.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 17, 2012.

James B. Rudolph, Esquire, Rudolph, Baker & Associates, San Diego, CA, for Petitioner.

Kate Deboer Balaban, Esquire, Trial, DOJ—U.S. Department Of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department Of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, GRABER and M. SMITH, Circuit Judges.

MEMORANDUM **

Erick Danilo Sosa–Salgero, a native and citizen of Guatemala, petitions for review of a Board of Immigration Appeals order dismissing his appeal from an immigration judge's denial of his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Sosa–Salgero failed to show exceptional and extremely unusual hardship to his United States citizen child. 8 U.S.C. § 1252(a)(2)(B); *Mendez–Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir.2009).

Sosa–Salgero's contention, that the Board failed to properly consider and weigh all evidence of hardship, does not raise a colorable due process claim. *Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.